# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STRATA SKIN SCIENCES, INC.** : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-4138** |
| : | |
| **LASEROPTEK AMERICA CORP.,** : | |
| **ET AL.** : | |

## ORDER

This 21st day of January, 2026, it is hereby **ORDERED** that Defendants' Motion to Dismiss Strata's Second Amended Complaint, ECF 74, is **GRANTED** in part, as follows: Count IV of the Complaint, alleging civil conspiracy, is dismissed with prejudice. In all other respects the motion is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge