**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STRATA SKIN SCIENCES, INC.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-4138** |
| | : | |
| **LASEROPTEK AMERICA** | : | |
| **CORP.** *et al.* | : | |

## ORDER

This 14th day of April, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Vacate paragraphs three and four of the Stipulation, ECF 96, is **DENIED**

  /s/ Gerald Austin McHugh
United States District Judge