**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STRATA SKIN SCIENCES, INC.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-4138** |
| | : | |
| **LASEROPTEK AMERICA CORP.,** | : | |
| ***et al.*** | : | |

**ORDER**

This 19th day of August, 2026, for the reasons set forth in the accompanying memorandum,[1] it is hereby **ORDERED** that Strata's Motion to Dismiss, ECF 109, is **GRANTED in part** and **DENIED in part** as follows:

(1) The Motion is **GRANTED** as to Counts I and II.

(2) The Motion is **GRANTED** as to Counts III, IV, and VII for the first, fourth, and fifth categories of statements.

(3) The Motion is **DENIED** as to Counts III, IV, and VII for the second and third categories of statements.

(4) The Motion is **DENIED** as to Count V.

/s/ Gerald Austin McHugh
United States District Judge

[1] As to Count IV, and the second category of statements, the Memorandum limits the scope of the claim.